THE CITY OF CAMDEN, PROSECUTOR, v. LOCAL GOVERN-
MENT BOARD, DEFENDANT.

Submitted May 7th, 1940—Decided July 9, 1940.

Before Justices CASE, DONGES and HEHER.

For the prosecutor, *John J. Crean* and *William J. Shepp*.

For the defendant, *David T. Wilentz* and *John F. Bruther*.

PER CURIAM.

An examination of the record on this application for a writ
of *certiorari* discloses that fairly debatable questions are pre-
sented, which should receive judicial consideration, and,
accordingly, the writ of *certiorari* is allowed.